

# Fourth Court of Appeals
## San Antonio, Texas

July 23, 2019

No. 04-19-00101-CV

**IN RE Z.A.F. AND Z.R.F**,
Appellant

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA00277
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

On June 26, 2019, the Department requested additional time to file a brief in response to appellant's pro se brief. On July 2, 2019, this court granted the Department's motion and ordered the Department's response brief due July 16, 2019. The Department has not filed its response. We therefore ORDER that if the Department's response brief is not filed by **July 29, 2019**, this appeal will be submitted without a response brief.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of July, 2019.

Keith E. Hottle,
Clerk of Court